IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-64-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| ANDREW JAMES GIBBENS, | ) | |
| Defendant. | ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. United States District Judge Louise Wood Flanagan is no longer assigned to the case. **All future documents shall reflect the revised case number of 5:17-CR-64-BO.**

SO ORDERED. This the 9th day of March, 2017.

*Alyssa Hockaday*
for Julie Richards Johnston
Clerk of Court