UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andrew James Gibbens**　　　　　　　　　　　　　　　　**Docket No. 5:17-CR-64-1BO**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andrew James Gibbens, who, upon an earlier plea of guilty to 18 U.S.C. §3, Accessory After The Fact to Arson, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 6, 2018, to the custody of the Bureau of Prisons for a term of 6 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Andrew James Gibbens was released from custody on April 6, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant admitted to using oxymorphone upon his release from incarceration on April 6, 2018. The defendant agreed to enroll in a program of substance abuse and mental health treatment to address his substance abuse issues.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　/s/ Peter J. Yalango
Eddie J. Smith　　　　　　　　　　　　　　　　　Peter J. Yalango
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2546
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: April 09, 2018

Andrew James Gibbens
Docket No. 5:17-CR-64-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___9___ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge